AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, Jr., Roger H | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

2008 AUG 18 P 12: 00

FINANCIAL DISCLOSURE OFFICE

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Georgia Judicial Retirement System--Retirement | $ 86,967 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2007 | First United Methodist Church--Wages |
| 3. 2007 | Social Security Administration--Retirement |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | DISTRICT COURT | 02/21/07 TO 02/23/07 | WASHINGTON, DC | CHIEF JUDGE ORIENTATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 2. | DISTRICT COURT | 03/22/07 | BRUNSWICK, GEORGIA | INVESTITURE CEREMONY | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 3. | FJC | 04/25/07 TO 04/27/07 | WASHINGTON, DC | CHIEF JUDGES CONFERENCE | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 4. | DISTRICT COURT | 09/19/07 | COLUMBUS, GEORGIA | CLERK RETIREMENT LUNCHEON | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

| 5. | DISTRICT COURT | 10/16/07 TO 10/17/07 | ATLANTA, GEORGIA | 11th CIR. JUDICIAL COUNCI | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Coca-Cola Common Stock | E | Dividend | | | Sell | 03/05 | K | A | |
| 3. Merrill Lynch IRA | | | | | | | | | |
| 4. --Merrill Lynch Bank-CMA | A | Interest | J | T | | | | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch IRA | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | A | Interest | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ████████, Hawkinsville, Pulaski County, GA | C | Rent | M | T | | | | | |
| 11. Evergreen Investment-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Rental House, Watson St. Hawkinsville, Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 13. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 14. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. --Regions Financial Corp. | C | Dividend | L | T | | | | | |
| 17. --Citibank NA | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Ariba Inc. New | | None | J | T | | | | | |
| 19. --Alcatel Inc. | | None | J | T | | | | | |
| 20. --Nuveen Georgia Muni Bond Fund | B | Interest | N | T | BUY | 03/08 | K | | |
| 21. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 22. Merrill Lynch | | | | | | | | | |
| 23. --Citibank NA | B | Dividend | J | T | | | | | |
| 24. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 25. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 26. --AT&T Inc | | None | J | T | | | | | |
| 27. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 28. --Broadridge Finl Solutions Inc | | None | J | T | | | | | |
| 29. --American Funds Capital World Growth & Income Fund Cl B | B | Dividend | K | T | | | | | |
| 30. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 31. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 32. --Citadel Broadcasting Co | | None | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39. --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 40. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 41. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 42. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 43. --Merrill Lynch & Co., Inc. Common | A | Dividend | J | T | | | | | |
| 44. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Powershares QQQ Tr Units | A | Dividend | J | T | | | | | |
| 46. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 47. --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 48. --Legg Mason Partners Agressive Growth Fund Cl B | B | Dividend | J | T | | | | | |
| 49. --Legg Mason Partners Appreciation Fund CL B | B | Dividend | K | T | | | | | |
| 50. --Legg Mason Partners Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 51. --Legg Mason Partners Fundamental Value Fund Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Legg Mason Partners Dividend & Income Fund Class B | C | Dividend | K | T | | | | | |
| 53. --Van Kampen Equity and Income Fund Class B | B | Dividend | K | T | | | | | |
| 54. --American Washington Mutual Investors Fund Inc. Class A | D | Dividend | M | T | | | | | |
| 55. --Silverstar Hldgs LTD Shs | | None | J | T | Buy | 09/12 | J | | |
| 56. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 57. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 58. --Nasdaq 100 Trust Ser I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 8—Line 53— Originally states "Regions Financial Corp". This line was moved to Page 5, Line 16.

Page 8—Lines 59 & 60 (originally) said "Lincoln Asset Allocation" and "Lincoln DCA Fixed". These two lines have been moved and added to Page 5, Line 5 "Lincoln National Life Legacy III Plus".

Page 6—Line 26—AT&T Inc. was erroneously left off of the 2006 financial report, but was picked up correctly for the 2007 report.

In general, the whole Smith Barney account was moved into a Merrill Lynch account.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, Jr., Roger H | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9:19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | Georgia Judicial Retirement System--Retirement | $ 86,967 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2007 | First United Methodist Church--Wages |
| 3. 2007 | Social Security Administration--Retirement |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | DISTRICT COURT | 02/21/07 TO 02/23/07 | WASHINGTON, DC | CHIEF JUDGE ORIENTATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 2. | DISTRICT COURT | 03/22/07 | BRUNSWICK, GEORGIA | INVESTITURE CEREMONY | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 3. | FJC | 04/25/07 TO 04/27/07 | WASHINGTON, DC | CHIEF JUDGES CONFERENCE | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
| 4. | DISTRICT COURT | 09/19/07 | COLUMBUS, GEORGIA | CLERK RETIREMENT LUNCHEON | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

| 5. | DISTRICT COURT | 10/16/07 TO 10/17/07 | ATLANTA, GEORGIA | 11th CIR. JUDICIAL COUNCI | REIMBURSEMENT FOR TRANSPORTATION AND FOOD |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Coca-Cola Common Stock | | | | | Sell | 03/05 | K | A | |
| 3. Merrill Lynch IRA | | | | | | | | | |
| 4. --Merrill Lynch Bank-CMA | A | Interest | J | T | | | | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch IRA | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | A | Interest | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ██████, Hawkinsville,Pulaski County, GA | C | Rent | M | Q | | | | | |
| 11. Evergreen Investment-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Rental House, Watson St. Hawkinsville,Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 13. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 14. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. --Regions Financial Corp. | C | Dividend | L | T | | | | | |
| 17. --Citibank NA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Ariba Inc. New | | None | J | T | | | | | |
| 19. --Alcatel Inc. | | None | J | T | | | | | |
| 20. --Nuveen Georgia Muni Bond Fund | B | Interest | N | T | BUY | 03/08 | K | | |
| 21. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 22. Merrill Lynch | | | | | | | | | |
| 23. --Citibank NA | B | Dividend | J | T | | | | | |
| 24. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 25. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 26. --AT&T Inc | | None | J | T | | | | | |
| 27. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 28. --Broadridge Finl Solutions Inc | | None | J | T | | | | | |
| 29. --American Funds Capital World Growth & Income Fund Cl B | B | Dividend | K | T | | | | | |
| 30. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 31. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 32. --Citadel Broadcasting Co | | None | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39. --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 40. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 41. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 42. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 43. --Merrill Lynch & Co., Inc. Common | A | Dividend | J | T | | | | | |
| 44. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Powershares QQQ Tr Units | A | Dividend | J | T | | | | | |
| 46. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 47. --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 48. --Legg Mason Partners Agressive Growth Fund Cl B | B | Dividend | J | T | | | | | |
| 49. --Legg Mason Partners Appreciation Fund CL B | B | Dividend | K | T | | | | | |
| 50. --Legg Mason Partners Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 51. --Legg Mason Partners Fundamental Value Fund Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Legg Mason Partners Dividend & Income Fund Class B | C | Dividend | K | T | | | | | |
| 53. --Van Kampen Equity and Income Fund Class B | B | Dividend | K | T | | | | | |
| 54. --Washington Mutual Investors Fund Class A | D | Dividend | M | T | | | | | |
| 55. --Silverstar Hldgs LTD Shs | | None | J | T | | | | | |
| 56. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 57. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 58. --Nasdaq 100 Trust Ser I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 8--Line 58-- Originally states "Regions Financial Corp". This line was moved to Page 5, Line 16.

Page 8--Lines 59 & 60 (originally) said "Lincoln Asset Allocation" and "Lincoln DCA Fixed". These two lines have been moved and added to Page 5, Line 5 "Lincoln National Life Legacy III Plus".

In general, the whole Smith Barney account was moved into a Merrill Lynch account.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544